UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,

    Plaintiff,

                                    CASE NO: 2:22-cv-00153-GMB

vs.

MORROW BROTHERS, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss the above-styled case with prejudice, per the settlement agreement entered into between the parties. Except as contained in the settlement agreement of the parties, each party shall bear its own attorneys' fees, costs, and expenses.

    Respectfully submitted this 9th day of March, 2022,

                                                                s/ Edward I. Zwilling
                                                                Edward I. Zwilling
                                                                Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email:  edwardzwilling@zwillinglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 9th day of March, 2022, I have electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to the following counsel of record at the email address registered with CM-ECF. A copy has been emailed to counsel for Defendant who has not filed an appearance, Rui Zhang, Esq., at rui@zhangmingeelaw.com

                              *s/ Edward I. Zwilling*
                              Edward I. Zwilling