FILED
2022 Mar-09  PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| D'WANNA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-153-GMB |
| | ) | |
| MORROW BROTHERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Before the court is Plaintiff D'Wanna Williams' Notice of Voluntary Dismissal With Prejudice. Doc. 4. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before an opposing party answers the complaint or files a motion for summary judgment. Here, Defendant has not answered the complaint or filed a motion for summary judgment. Plaintiff's voluntary dismissal therefore is appropriate. Accordingly, this case is DISMISSED WITH PREJUDICE.

DONE and ORDERED on March 9, 2022.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE